## JAMES MAY *versus* ANGUS MACKINTOSH, SARAH MACOMB AND ALEXANDER MACOMB, EXECUTORS OF THE WILL OF WILLIAM MACOMB, DECEASED

JOURNAL ENTRIES (1822–29): *Journal 3:* (1) Time for filing declaration extended *p. 359. *Journal 4:* (2) Continued MS p. 94; (3) continued MS p. 135; (4) referred MS p. 143; (5) continued MS p. 185; (6) rule of reference extended MS p. 215; (7) rule of reference extended MS p. 233; (8) abated MS p. 274.

PAPERS IN FILE: [None]

*1822–23 Calendar*, MS p. 50.

## EDWARD BROOKS *versus* JAMES W. KING AND JANE KING, ADMINISTRATORS, ETC., OF WILLIAM J. McGEE, DECEASED

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 359; (2) discontinued *p. 434.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea; (5) precipe for execution fi. fa.

*1822–23 Calendar*, MS p. 51. Recorded in *Book B*, MS pp. 275–78.